Derrick S. Lowe (SBN: 267998)
Debra A. Tama (admitted pro hac vice)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: Derrick.Lowe@wilsonelser.com
Debra.Tama@wilsonelser.com

Attorneys for Defendant
**V+S VOGEL & SCHEMMANN MASCHINEN GMBH**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JUAN BAHENA, an individual,

Plaintiff,

v.

PANGBORN LLC; UNITED GENERATIONS LLC; ATLAS HOLDINGS, LLC; V+S - VOGEL & SCHEMMANN MASCHINEN GMBH, and DOES 1 TO 50, inclusive,

Defendants.

Case No. 5:24-cv-01938-AH (PVCx)
[Hon. Anne Hwang, District Judge; Hon. Pedro V. Castillo, Magistrate Judge]

Action Filed: July 23, 2024
Removed: September 11, 2024
Trial Date: December 1, 2026

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [71] [JS-6]**

The Court has considered the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Juan Bahena ("Plaintiff") and Defendant V+S Vogel & Schemmann Maschinen GmbH ("V+S") (together, the "Parties"). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits dismissal by a stipulation signed by all parties who have appeared, and Rule 41(a)(2) permits dismissal by court order on terms the Court considers proper. Good cause appearing, the Court ORDERS as follows:

1. This entire action, including each claim and cause of action alleged in Plaintiff's First Amended Complaint (Dkt. 16), is DISMISSED WITH PREJUDICE as to V+S and as to Does 1 through 50, inclusive.

2. Plaintiff's claims against Pangborn LLC, United Generations, LLC, and Atlas Holdings, LLC, which were the subject of Plaintiff's notice of dismissal (Dkt. 30), are DISMISSED WITH PREJUDICE, and to the extent that earlier dismissal was without prejudice, it shall operate as a dismissal with prejudice.

3. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with this action.

4. As stipulated by the Parties, the Parties have waived any right to appeal, and any other right of review, of the dismissal of this action and of this Order, whether by appeal or otherwise.

5. The Court retains jurisdiction to enforce the Parties' settlement agreement.

6. The Stipulated Protective Order entered on April 10, 2025 (Dkt. 41) survives the dismissal of this action and remains in full force and effect.

7. All pending dates and deadlines in this action, including the Final Pretrial Conference set for November 12, 2026, and the jury trial set for December 1, 2026, are VACATED, and any pending motion is withdrawn as moot.

IT IS SO ORDERED.

Dated: OCTOBER 2, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE